**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 1:06-cr-00189-REB**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**1. SAMSON LAMEMAN,**

      **Defendant.**

---

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS**

---

      UPON THE COURT'S CONSIDERATION of the Government's Motion to Disclose Grand Jury Transcripts to the Defendant,

      **IT IS HEREBY ORDERED** that pursuant to Rule 6(e)(3)(E)(i) Federal Rules of Criminal Procedure, a copy of the transcript of testimony given by witness John Wallace before the Grand Jury be provided to the Defendant and his counsel on the condition that any copies of the transcript be retained in the personal custody or office of Counsel for the Defendant.

      DONE this 26th day of July, 2006.

      BY THE COURT:

      s/ Robert E. Blackburn

      _____
      ROBERT E. BLACKBURN
      U.S. District Court Judge
      District of Colorado

Copies to:    James M. Candelaria, AUSA
                Scott Varholak, AFPD