## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 06-cr-00189-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SAMSON LAMEMAN,

    Defendant.

## MINUTE ORDER

    Defendant's Motion to Transfer Case From Denver to Durango for Trial [#76], filed November 14, 2006, is GRANTED.  Trial by jury shall be conducted at the United States District Court for the District of Colorado located at 103 Sheppard Drive, Durango, Colorado.

Dated:  November 16, 2006
----------------------------------------------------------------------------------------------------------------------