**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 06-cr-00189-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SAMSON LAMEMAN,

    Defendant.

---

**ORDER APPROVING JUROR QUESTIONNAIRE**

---

**Blackburn, J.**

    Attached is a **Juror Questionnaire** approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated February 23, 2007, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn
                                        United States District Judge**