**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No.  06-CR-00189-REB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  SAMSON LAMEMAN,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court has received a Second Superseding Indictment in this matter and the Defendant is scheduled for a jury trial in Durango, Colorado beginning Monday, March 5, 2007.  Counsel for the Government and the Defendant have been contacted and are agreeable to the advisement and arraignment on the Second Superseding Indictment being held in Durango before the Magistrate Judge, therefore;

**IT IS HEREBY ORDERED** that advisement and arraignment on the Second Superceding Indictment will be held before Magistrate Judge David L. West on March 2, 2007 at 10:30 a.m. at the United States District Court, 103 Sheppard Drive, Room 235, Durango, Colorado 81303.

**DATED: February 27, 2007**

> **BY THE COURT:**
>
> **s/David L. West
> United States Magistrate Judge**