**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00189-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. SAMSON LAMEMAN,

      Defendant.

**MINUTE ORDER**[1]

      On **March 1, 2010**, commencing at 11:00 a.m., the court shall conduct a revocation of supervised release hearing to be held in the U.S. District Court, Durango, Colorado, Room 235, at which time and at which place counsel and the defendant shall appear without further notice or order from the court.

      **IT IS FURTHER ORDERED** as follows:

      1.  That to the extent necessary, the U.S. Marshal shall assist in securing the defendant's appearance for this hearing; and

      2.  That notice of this order shall be served on the U.S. Probation Department and the U.S. Marshal in Durango.

      Dated:  February 18, 2010

---

[1]