**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00189-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. SAMSON LAMEMAN,

      Defendant.

## MINUTE ORDER[1]

      At the oral request of the parties, the supervised release revocation hearing previously set for February 11, 2011, is **VACATED** and is **RESET** to **January 18, 2011**, at 11:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated: December 10, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.