**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00189-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. SAMSON LAMEMAN,

      Defendant.

---

**MINUTE ORDER**[1]

---

On **June 22, 2012**, commencing at 9:00 a.m., the court shall conduct a revocation of supervised release hearing, at which time counsel and the defendant shall be present without further notice or order from the court.

      Dated:  May 11, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.